IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02740-MSK-MEH

THE KONG COMPANY, LLC,

    Plaintiff,

v.

PERZOV A.D.I., LTD, an Israeli company, and
MARINA MIESHKOVA, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2013.**

    Plaintiff's third Unopposed Motion to Vacate and Reset Scheduling Conference [filed February 7, 2013; docket #18] is **granted in part and denied in part**. The Court will **convert** the Scheduling Conference, currently set for February 14, 2013, to a Status Conference.

    The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

    If they choose to do so, counsel for the parties may appear at the Status Conference by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C.COLO.LCivR 83.2B.