IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-2740-MSK-MEH

THE KONG COMPANY, LLC,
a Colorado limited liability company,

      Plaintiff,

v.

PERZOV A.D.I. LTD., an Israeli company,
and
MARINA MIESHKOVA, an individual,

      Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS PERZOV A.D.I. LTD. AND MARINA MIESHKOVA WITHOUT PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), neither Defendant Perzov A.D.I. Ltd. nor Defendant Marina Mieshkova (collectively "Defendants") have answered or otherwise responded to the Complaint [Doc. 1] filed by Plaintiff The KONG Company, LLC ("Plaintiff"). Plaintiff hereby voluntarily dismisses all claims asserted in its complaint against all Defendants in the above-identified action, without prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:  February 13, 2013           By:  s/ Todd P. Blakely
                                        Todd P. Blakely
                                           tblakely@sheridanross.com
                                        SHERIDAN ROSS P.C.
                                        1560 Broadway, Suite 1200
                                        Denver, Colorado  80202-5141
                                        Telephone:   303-863-9700
                                        Facsimile:   303-863-0223
                                        E-mail:   litigation@sheridanross.com

                                        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

I further certify that on this 13th day of February, 2013, a true and correct copy of the foregoing was served by United States Mail, First Class postage prepaid, addressed to:

    Edward M. Cohen, Esq.
    3280 Sunrise Highway, #122
    Wantagh, NY  11793-4024
    Telephone: 516-378-0896
    Email:  edcolaw@optonline.net

    ATTORNEY FOR DEFENDANTS

                                        s/ Lynn Tumey
                                        Lynn Tumey
                                        Legal Assistant
                                        SHERIDAN ROSS P.C.
                                        1560 Broadway, Suite 1200
                                        Denver, Colorado  80202-5141
                                        (303) 863-9700 – Telephone
                                        (303) 863-0223 – Facsimile
                                        E-mail:  ltumey@sheridanross.com
                                           litigation@sheridanross.com